NATHAN N. STARK, Respondent, v. TITLE GUARANTEE AND TRUST COMPANY, Appellant.

Submitted July 13, 1937; decided July 13, 1937.

*Raymond J. Schosberg* for motion.

*Richard S. Holmes* opposed.

Motion to dismiss appeal denied on condition that appellant's brief is served and filed by August 25, 1937.